IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HOUSTON BYRD, Jr., | : |
| Plaintiff, | : |
| | : CASE NO. 2:21-cv-02447 |
| v. | : |
| | : Chief Judge Algenon L. Marbley |
| JPMORGAN CHASE BANK N.A., | : Magistrate Chelsey M. Vascura |
| | : |
| Defendant. | : |

## OPINION & ORDER

As this case was dismissed on September 21, 2022 (*see* ECF Nos. 45, 46), Plaintiff Houston Byrd's Objection to the Court's September 21, 22, Opinion and Order and RECUSAL of Marbley and Vascura Due to Perjury and Wasting Tax Monies (ECF No. 47) is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.**

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 28, 2022